IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK A. ROLLINS                                                                                    PLAINTIFF
ADC #102310

V.                                           NO.  5:05CV00013 JWC

CORRECTIONAL MEDICAL                                                                       DEFENDANTS
SERVICES, et al

### ORDER

On November 14, 2005, Plaintiff filed a motion to voluntarily dismiss this 42 U.S.C. § 1983 complaint in its entirety (docket entry #41).  According to Plaintiff, Dr. Jonathan Simmons explained to him the error of pursuing this matter further.  Defendants state that they understand Plaintiff's confusion regarding this case and accept his apology for proceeding as he did.  Most important, they do not object to Plaintiff's dismissal (see docket entry #42); therefore, the Court finds that no reason exists to deny Plaintiff's request.

Plaintiff's motion to voluntarily dismiss (docket entry #41) is hereby GRANTED.  Judgment will be entered dismissing Plaintiff's complaint without prejudice.  All pending motions are DENIED AS MOOT.

The court trial scheduled on December 14, 2005, is hereby CANCELLED.

IT IS SO ORDERED this 22nd day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE