IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK A. ROLLINS                                                                                    PLAINTIFF
ADC #102310

V.                                        NO.  5:05CV00013 JWC

CORRECTIONAL MEDICAL                                                              DEFENDANTS
SERVICES, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 22nd day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE